IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-02386-BNB

PAGE PENK,

   Plaintiff,

v.

STU BADER, Denver Parks and Recreation Permit Director, and
JOHN HICKENLOOPER, Mayor, Denver, Colorado,

   Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 14 2007

GREGORY C. LANGHAM
CLERK

---

ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DISMISSING THE ACTION

---

Plaintiff Page Penk has submitted to the Court *pro se* a document titled "Emergency Motion for Leave to File Civil Rights Complaint." The Clerk of the Court will be directed to commence a civil action. For the reasons stated below, the action will be dismissed.

Mr. Penk has been enjoined from filing *pro se* lawsuits in this Court without first obtaining leave of court to proceed *pro se*. See *Penk v. Huber*, No. 07-cv-00607-WYD-MEH (D. Colo. Oct. 4, 2007). In order to obtain permission to proceed *pro se*, Mr. Penk must submit with any complaint he seeks to file a "Petition Pursuant to Court Order Seeking Leave to File a *Pro Se* Action" and an affidavit that includes certain information specified in the sanction order. The "Emergency Motion for Leave to File a Civil Rights Complaint" that Mr. Penk has submitted to the Court does not comply with the requirements of the sanction order. Mr. Penk has not submitted all of the required

documents and he has not provided all of the information specified in the sanction order. Accordingly, it is

ORDERED that the clerk of the Court commence this civil action. It is

FURTHER ORDERED that the "Emergency Motion for Leave to File Civil Rights Complaint" is denied and the action is dismissed without prejudice because Plaintiff has failed to comply with the order enjoining him from filing *pro se* actions.

DATED at Denver, Colorado, this 13 day of Nov., 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 07-cv-02386-BNB

Page Penk
1304 South Parker Road
PH - 17
Denver, CO 80231

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 11\14\07

GREGORY C. LANGHAM, CLERK

By: _____*angie*_____
Deputy Clerk